IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
MAR 08 2012
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,
    Plaintiff,

v.                               Criminal No. __5:12-CR-9__
                                    Violations: 18 U.S.C. 922(i)
                                                     18 U.S.C. 924(a)(2) and 2
                                                     18 U.S.C. 2261(a)(2)
                                                     18 U.S.C. 2261(b)(3)

**MICHAEL TIMBERLAKE,**
    Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 7, 2011, in the Northern District of West Virginia and elsewhere, defendant, **MICHAEL TIMBERLAKE**, caused his spouse to travel in interstate commerce by force, coercion and duress, and in the course and as a result of such travel, committed and attempted to commit a crime of violence against his spouse;

IN VIOLATION OF TITLE 18 UNITED STATES CODE SECTIONS 2261(a)(2) and (b)(3).

## COUNT TWO

On or about October 24, 2011, in Wheeling, Ohio County, within the Northern District of West Virginia, and elsewhere, defendant **MICHAEL TIMBERLAKE,** aided and abetted by a person known to the United States Attorney, did knowingly cause the transportation of a stolen firearm, in interstate commerce from Bridgeport, Ohio, to Wheeling, West Virginia, that is, a Glock Model 17, 9mm pistol, serial number RKE058, knowing and having reasonable cause to believe the firearm was stolen;

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 922(i), 924(a)(2) and 2.

_____
WILLIAM J. IHLENFELD, II
United States Attorney